IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MUSKOGEE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL CASE |
| v. | : | |
| | : | No. 6:21-mj-00173-KEW-1 |
| CHAD JON'DALE VOYLES | : | |

NOTICE OF APPEARANCE

Jeffrey L. Ertel of the Federal Defender Program, Inc. herein files notice of his appearance, and respectfully requests that he be added as Counsel for Defendant, Chad Jon'Dale Voyles in the above-captioned case.

Dated: This 29th day of April, 2021.

                                                         Respectfully Submitted,

                                                         */s/ Jeffrey L. Ertel*
                                                         Jeffrey L. Ertel
                                                         State Bar No. 249966
                                                         Attorney for Mr. Voyles

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Jeff_Ertel@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance as Counsel been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

> Benjamin Traster, Attorney
> Assistant United States Attorney
> 520 Denison Avenue
> Muskogee, OK 74401

Dated: This 29th day of April, 2021.

> /s/ Jeffrey L. Ertel
> Jeffrey L. Ertel
> State Bar No. 249966

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Jeff_Ertel@fd.org