# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-21-190-DCJ |
| Plaintiff, | ) | | |
| v. | ) | Date: | 05/01/2023 |
| CHAD JON'DALE VOYLES, | ) | Time: | 3:12 p.m. – 3:18 p.m. |
| Defendant. | ) | | |

## MINUTE SHEET – VIDEO TELECONFERENCE
## STATUS CONFERENCE

David C. Joseph, Judge        N. Davis, Deputy Clerk        No Reporter

Counsel for Plaintiff:   Benjamin D. Traster, Asst. United States Attorney appeared via zoom

Counsel for Defendant:   Nicole Kaplan and Jeffrey Ertel, AFPD appeared via zoom; Defendant did not appear

**MINUTES:**

Appearances made. Comes on for Status Conference. Discussions held regarding current sentencing setting of June 1, 2023. The parties discussed continuing the sentencing date. Court will continue the sentencing hearing to a date to be determined by the Court.

Discussion was held regarding the response dates for the Draft Presentence Investigation Report. The Court granted a 14-day extension to the current response date of April 28, 2023. Objections to the Draft Presentence Investigation Report are due on or before **May 12, 2023**.

Further discussions held regarding scheduling/timing of juvenile co-defendants.

Nothing further.

COURT ADJOURNED.